

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/15/2015 2:57:40 PM
PAM ESTES
Clerk

December 11, 2015

Ms. Kelly Ashmore
District Clerk, Grayson County
200 S Crockett, Ste 120A
Sherman, TX 75090
* DELIVERED VIA E-MAIL *

RE:   Case Number:            12-14-00189-CR
      Trial Court Case Number:   061728

**Style:**  Tracy Ray Hass
            v.
            The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause.  When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C Mr. David Lloyd Zedler (DELIVERED VIA E-MAIL)
C Ms. Karla R. Baugh-Hackett (DELIVERED VIA E-MAIL)
:

Mandate executed on \_13th\_ day of \_December\_, 2015.

Brief explanation of action taken: \_Faxed to TDCJ, scanned and entered\_.

\_CarolMartin_____ District/County Clerk